**2006–0639. State v. Biggers.**
Morgan App. No. 05 CA 1, 2005-Ohio-5956. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2006–0672. Asset Acceptance, L.L.C. v. Rees.**
Franklin App. No. 05AP–388, 2006-Ohio-794. On motion for stay of judgment pending appeal. Motion denied.

**2006–0690. Toledo v. Tellings.**
Lucas App. No. L–04–1224, 2006-Ohio-975. On motion for stay of execution of judgment. Motion granted.
RESNICK, J., dissents.

**2006–0691. State Farm Mut. Auto. Ins. Co. v. Reid.**
Cuyahoga App. No. 87718. On motion for stay of court of appeals' judgment. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2006–0185. State v. Siler.**
Ashland App. No. 02 COA 028, 2003-Ohio-5749. Discretionary appeal accepted; cause held for the decision in 2005–0773, *State v. Stahl,* Summit App. No. 22261, 2005-Ohio-1137; and briefing schedule stayed.
PFEIFER and O'CONNOR, JJ., would accept the appeal without holding.
LANZINGER, J., dissents.

**2006–0189. Uddin v. Embassy Suites Hotel.**
Franklin App. No. 04AP–754, 2005-Ohio-6613.
MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.

**2006–0190. Ignazio v. Clear Channel Broadcasting, Inc.**
Mahoning App. No. 04 MA 261, 165 Ohio App.3d 32, 2005-Ohio-6783.
RESNICK, PFEIFER and LANZINGER, JJ., dissent.

**2006–0223. Snyder v. Am. Family Ins. Co.**
Franklin App. No. 05AP–16, 2005-Ohio-6751.
LUNDBERG STRATTON, O'DONNELL and LANZINGER, JJ., dissent.

**2006–0236. State v. Parker.**
Ashtabula App. No. 2004–A–0004, 2005-Ohio-6908.
PFEIFER, J., dissents.

**2006–0275. Ohio Academy of Nursing Homes v. Ohio Dept. of Job & Family Servs.**
Franklin App. No. 05AP–562, 164 Ohio App.3d 808, 2005-Ohio-6888.
LUNDBERG STRATTON, J., dissents.

**2006–0305. Celmer v. Rodgers.**
Trumbull App. No. 2004–T–0074, 2005-Ohio-7054.
PFEIFER, LUNDBERG STRATTON and LANZINGER, JJ., dissent.
Motion to consolidate with 2006–0304, *Celmer v. Rodgers,* Trumbull App. No. 2004–T–0083, 2005-Ohio-7055, denied.

**2006–0336. State v. Burk.**
Cuyahoga App. No. 86162, 164 Ohio App.3d 740, 2005-Ohio-6727. Discretionary appeal accepted; cause held for the decision in 2006–0151, *State v. Carswell,* Warren App. No. CA2005–04–047, 2005-Ohio-6547; and briefing schedule stayed.
MOYER, C.J., RESNICK and PFEIFER, JJ., would accept the appeal on Proposition of Law No. I only.

**2006–0373. Miller v. First Internatl. Fidelity & Trust Building, LTD.**
Lucas App. No. L–05–1311, 2006-Ohio-187.
RESNICK, PFEIFER and O–DONNELL, JJ., dissent.